UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDDIE L. DILLARD,

    Plaintiff,

v.

WAYNE COUNTY DISTRICT COURT,
WAYNE COUNTY CIRCUIT COURT,
IRMA J. CHENEVERT, NANCY M.
BLOUNT, and TERRANCE K. BOYLE,

    Defendants.
_____/

Case Number 19-10582
Honorable David M. Lawson
Magistrate Judge David R. Grand

## ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITH PREJUDICE, AND DISMISSING MOTIONS AS MOOT

Presently before the Court is the report issued on June 4, 2019 by Magistrate Judge David R. Grand pursuant to 28 U.S.C. § 636(b), recommending that the Court *sua sponte* dismiss the complaint in its entirety for failure plausibly to state any actionable claim for relief. Although the report stated that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 15) is **ADOPTED** and the complaint is **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that the plaintiff's "motion for settlement" (ECF No. 11) and request for attorney fees and costs (ECF No. 16) are **DISMISSED** as moot.

s/David M. Lawson<br>
DAVID M. LAWSON<br>
United States District Judge

Date: June 25, 2019

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 25, 2019.

s/Susan K. Pinkowski
SUSAN K. PINKOWSKI